7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Ronald D Hutchins and Kimberly Renee Hutchins (consolidated from case #14–30536)
*Debtor*

*Bankruptcy Case No.*
14–30380–can7

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
14–03021–can

v.

**Jeffrey Giordano**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: The Defendant shall disgorge to the Debtor the fee of $550 paid by the Debtor to the Defendant in the Bankruptcy Case; The Defendant shall pay a fine of $500 pursuant to 11 U.S.C. § 110(l) for each of the six violations of § 110 found by the Court in 9 above; and these fines shall be tripled pursuant to § 110(l)(2)(D) because the Defendant prepared a document for filing in a manner that failed to disclose the identity of the bankruptcy petition preparer, for total fines of $9,000; These fines shall be made payable to the United States Trustee pursuant to
§ 110(l)(4)(A);The Defendant further shall pay to the Debtor statutory damages of $2,000, pursuant to 11 U.S.C. § 110(i)(1)(B)(ii); Upon motion by the Debtor, the Court will hold an evidentiary hearing to determine whether it should impose and award further damages to the Debtor based on any actual damages suffered by the Debtor, pursuant to 11 U.S.C. § 110(i)(1)(A);
The Defendant shall provide to the Court and the United States Trustee an accounting of each instance in which he prepared pro se filings for debtors in this judicial district and an accounting of all funds he received in all such instances (Related Doc # [8]).

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 4/6/15

Court to serve